## Commonwealth ex rel. Thomas, Appellant, *v.* Maroney.

Argued April 13, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Carl Agnew Thomas,* appellant, in propria persona, submitted a brief.

*Peter O. Steege,* Assistant District Attorney, for appellee.

OPINION BY ERVIN, J., June 13, 1962:

Carl Agnew Thomas appeals from the order of the court below refusing the issuance of a rule for a writ of habeas corpus.

The only question presented by the petition is whether the sentence was proper on a bill of indictment to which the district attorney had failed to affix his signature. The defendant signed a waiver of presentment of indictment to the grand jury and to a trial by jury and entered a plea of guilty in conformity with the Act of June 15, 1939, P. L. 400, §1, 19 PS §241. This defect was amendable and the case is ruled by *Com. ex rel. Conrad v. Ashe,* 142 Pa. Superior Ct. 254, 15 A. 2d 926.

Order affirmed.